**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BHM HEALTHCARE SOLUTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **URAC, Inc.**, <br><br> Defendant. | Case No. 1:18-cv-01119 (TNM) |

## ORDER

Upon consideration of Plaintiff BHM's Motion for Preliminary Injunction, Defendant URAC's Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiff's Motion for Preliminary Injunction is DENIED and Defendant's Motion to Dismiss is GRANTED. The case is DISMISSED.

**SO ORDERED**.

This is a final, appealable Order.

Dated: July 20, 2018

TREVOR N. MCFADDEN
United States District Judge